BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 2/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR 06-00039 RMW |
| )  | |
| Plaintiff,    ) | |
| )  | |
| v.                                                ) | **STIPULATION AND** |
| )  | **ORDER TO CONTINUE STATUS DATE** |
| JAMES CORNELIUS KASEY,       ) | |
| )  | |
| Defendant.    ) | |
| _____ ) | |

      Assistant United States Attorney Susan Knight and defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, February 13, 2006, should be continued to Monday, April 3, 2006, at 9:00 a.m.

      Mr. Kasey has an initial appearance in this case on February 2, 2006, at which time he was arraigned on an indictment and the Federal Public Defender was appointed as his counsel. At the arraignment, the parties agreed to set this case on the Court's February 13, 2006 calendar. The parties stipulate and agree that this status date should be continued because counsel for the government informed Mr. Kasey's counsel yesterday that it will not have the discovery to the defense until the first week of March.  Once received, counsel will need time to review the discovery and to discuss it with her client.  For these reasons, the parties agree to continue the status date to April 3, 2006.

1   The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
2   the ends of justice served by the continuance requested outweigh the best interest of the
3   defendant and public in a speedy trial because the failure to grant such a continuance would
4   unreasonably deny Mr. Kasey the time necessary for effective preparation, taking into account
5   the exercise of due diligence.

7   Dated: February 9, 2006 _____/s/_____
                              ANGELA M. HANSEN
8                             Assistant Federal Public Defender

10  Dated: February 9, 2006 _____/s/_____
                              SUSAN KNIGHT
11                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| JAMES CORNELIUS KASEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties have jointly requested to continue the status date set for February 13, 2006 to April 3, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for February 13, 2006 is continued to Monday, April 3, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 13, 2006 through and including April 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: February 13, 2006                             /S/ RONALD M. WHYTE
                                                                       RONALD M. WHYTE
                                                                       United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26