BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 4/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JAMES CORNELIUS KASEY, ) | |
| Defendant. ) | |

    Assistant United States Attorney Susan Knight and defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, April 3, 2006, should be continued to Monday, May 15, 2006, at 9:00 a.m.

    The parties stipulate and agree that this status date should be continued because counsel for the government informed Mr. Kasey's counsel that it will not have the discovery to the defense until the end of this week.  Once received, counsel will need time to review the discovery and to discuss it with her client.  For these reasons, the parties agree to continue the status date to May 15, 2006.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1  unreasonably deny Mr. Kasey the time necessary for effective preparation, taking into account
2  the exercise of due diligence.
3
4  Dated: March 30, 2006                        _____/s/_____
                                                ANGELA M. HANSEN
5                                               Assistant Federal Public Defender
6
7  Dated: March 30, 2006                        _____/s/_____
                                                SUSAN KNIGHT
8                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00039 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| JAMES CORNELIUS KASEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The parties have jointly requested to continue the status date set for April 3, 2006 to May 15, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 3, 2006 is continued to Monday, May 15, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 3, 2006 through and including May 15, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: April 13 2006                                     ____/s/ Ronald M. Whyte_____
                                                                              RONALD M. WHYTE
                                                                              United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4