BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 5/18/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>                    Plaintiff,              )<br>                                                                )<br>v.                                                           )<br>                                                                )<br>JAMES CORNELIUS KASEY,               )<br>                                                                )<br>                    Defendant.           )<br>_____) | No. CR 06-00039 RMW<br><br><br><br>**STIPULATION AND**<br>**ORDER TO CONTINUE STATUS DATE** |

     Assistant United States Attorney Susan Knight and defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, May 15, 2006, should be continued to Monday, June 12, 2006, at 9:00 a.m.

     The parties stipulate and agree that this status date should be continued because counsel for Mr. Kasey needs to review voluminous records recently made available in discovery and counsel also needs additional time to investigate this case.  Therefore, the parties agree to continue the status date to June 12, 2006.

     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Kasey the time necessary for effective preparation, taking into account

1 | the exercise of due diligence.

3 | Dated: May 12, 2006                                   _____/s/_____
4 |                                                                       ANGELA M. HANSEN
   |                                                                       Assistant Federal Public Defender

6 | Dated: May 12, 2006                                   _____/s/_____
7 |                                                                       SUSAN KNIGHT
   |                                                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES CORNELIUS KASEY,<br><br>　　　　Defendant. | No. CR 06-00039 RMW<br><br>**ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

　　　　The parties have jointly requested to continue the status date set for May 15, 2006 to June 12, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for May 15, 2006 is continued to Monday, June 12, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 15, 2006 through and including June 12, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: May 18, 2006

　　　　　　　　　　　　　　　　　　　　　/S/ RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26