**FILED**

JUN 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00039 RMW *RS* |
| Plaintiff, | [~~PROPOSED~~] **ORDER MODIFYING BOND TO ALLOW TRAVEL** |
| v. | |
| JAMES CORNELIUS KASEY, | **Honorable Richard Seeborg** |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on February 2, 2006 are hereby modified to permit defendant, James Cornelius Kasey, to travel to Las Vegas, Nevada from June 29, 2006 to July 4, 2006.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: June 14, 2006

RICHARD SEEBORG
United States Magistrate Judge

3