BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 6/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND []** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JAMES CORNELIUS KASEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Assistant United States Attorney Susan Knight and defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, June 12, 2006, should be continued to Monday, July 17, 2006, at 9:00 a.m.

    The parties stipulate and agree that this status date should be continued because counsel for Mr. Kasey needs additional time to review voluminous records recently made available in discovery and counsel also needs additional time to investigate this case.  Therefore, the parties agree to continue the status date to July 17, 2006.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Kasey the time necessary for effective preparation, taking into account

1 | the exercise of due diligence.

2

3 | Dated: June 9, 2006                               _____/s/_____
                                                      ANGELA M. HANSEN
4 |                                                   Assistant Federal Public Defender

5

6 | Dated: June 9, 2006                               _____/s/_____
                                                      SUSAN KNIGHT
7 |                                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CORNELIUS KASEY,<br><br>    Defendant. | No. CR 06-00039 RMW<br><br>**[] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

The parties have jointly requested to continue the status date set for May 15, 2006 to June 12, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for June 12, 2006 is continued to Monday, July 17, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 12, 2006 through and including July 17, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 15, 2006

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26