BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 7/12/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND []** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JAMES CORNELIUS KASEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Assistant United States Attorney Susan Knight and defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, July 17, 2006, at 9:00 a.m., should be continued so that defense counsel can file a motion to dismiss the Indictment based on the defendant's belief that the Indictment charges the same offense in multiple counts.  The parties further request that the Court set this matter on its October 10, 2006 calendar for a motion hearing.

The parties propose the following briefing schedule for defendant's motion:

  August 21, 2006 – Defendant's Opening Motion
  September 18, 2006 – Government's Response Brief
  September 25, 2006 – Defendant's Reply Brief

The parties further stipulate and agree that the status date should be continued because counsel for Mr. Kasey needs additional time to review voluminous records in this case, some of

1 | which need to be copied and produced to the defense.

2 |     Finally, the parties agree that under 18 U.S.C §§ 3161(h)(1)(F) and (h)(8)(A) and (B)(iv),
3 | the ends of justice served by the continuance requested outweigh the best interest of the
4 | defendant and public in a speedy trial because, taking into account the exercise of due diligence,
5 | the failure to grant such a continuance would unreasonably deny Mr. Kasey the time necessary
6 | for effective preparation and to prepare his pretrial motion.

7 |

8 | Dated: July 11, 2006                  _____/s/_____
                                                                  ANGELA M. HANSEN
9 |                                                                   Assistant Federal Public Defender

10 |

11 | Dated: July 11, 2006                  _____/s/_____
                                                                   SUSAN KNIGHT
12 |                                                                   Assistant United States Attorney

13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| ) Plaintiff, ) | **[] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. ) | |
| ) JAMES CORNELIUS KASEY, ) | |
| ) Defendant. ) | |

The parties have jointly requested to continue the status date set for July 17, 2006 to October 10, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for July 17, 2006 is continued to Tuesday, October 10, 2006, at 9:00 a.m., and briefing on Defendant's motion to dismiss will be set as follows:

    August 21, 2006 – Defendant's Opening Motion
    September 18, 2006 – Government's Response Brief
    September 25, 2006 – Defendant's Reply Brief, if any

IT IS FURTHER ORDERED that the period of time from July 17, 2006 through October 10, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(1)(F) and (h)(8)(A) and (B)(iv).

Dated: July 12, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26