## PROPOSED ORDER/COVER SHEET

TO:      **Honorable Richard Seeborg**
        **U.S. Magistrate Judge**

RE:     **James Kasey**

FROM:      **Claudette M. Silvera, Chief**
         **U.S. Pretrial Services Officer**

DOCKET NO.:     **CR06-00039 RW**

DATE:     **January 17, 2007**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Betty Kim**
**United States Pretrial Officer**

**510-637-3755**
**TELEPHONE NUMBER**

RE:     **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ _Fifth Floor_ on _1/25/07_ at _9:30 a.m._.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**

_1/18/07_
**DATE**

**FILED**

**JAN 18 2007**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (12/03/02)