```
```

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138539)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/22/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00039 RMW |
|    Plaintiff, | ) | |
| | ) | STIPULATION AND [ ] |
|    v. | ) | ORDER CONTINUING SENTENCING |
| JAMES KASEY, | ) | |
|    Defendant. | ) | SAN JOSE VENUE |
| | ) | |

The undersigned parties respectfully request that the sentencing in the above-captioned be continued from February 5, 2007 to April 2, 2007. The reason for the continuance is that Assistant Federal Public Defender Angela Hansen will be in trial before this Court in <u>United States v. Lin</u> until March and needs additional time to prepare for sentencing. In addition, the government needs additional time to finalize the amount of restitution in the case. Probation Officer Joshua Sparks does not object to the continuance.

SO STIPULATED:            KEVIN V. RYAN
                              United States Attorney

DATED:_____       _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

DATED:_____           _____/s/_____
                                ANGELA HANSEN
                                Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the sentencing hearing in the above-captioned case is continued from February 5, 2007 to April 2, 2007 at 9:00 a.m. SO ORDERED.

DATED: 1/22/07           _____
                                RONALD M. WHYTE
                                United States District Judge