BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KASEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/5/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00039 RMW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND []** |
| | ) | **ORDER MODIFYING CONDITIONS OF** |
| | ) | **PRETRIAL RELEASE TO ALLOW** |
| | ) | **OUT-OF-DISTRICT TRAVEL** |
| JAMES CORNELIUS KASEY, | ) | |
| | ) | **The Hon. Ronald M. Whyte** |
| Defendant. | ) | |

Defendant, James Kasey, through his counsel, Assistant Federal Public Defender Angela Hansen, respectfully requests that the conditions of his pre-trial release previously set by the Honorable Richard Seeborg on February 2, 2006 be modified to permit Mr. Kasey to travel to Arapahoe County, Colorado.

The purpose of this travel request is so that Mr. Kasey can handle a pending Colorado warrant on a misdemeanor case from 1999.  Mr. Kasey has retained counsel in Colorado (Ms. Lisa Moses) and plans to resolve this matter before he is set to self-surrender to serve his federal sentence in June 2007.  Mr. Kasey is eager to resolve this pending Colorado matter so that his BOP designation and release date will not be impacted by this outstanding warrant.

Assistant United States Attorney Susan Knight has no objection to this travel request and agrees to this proposed stipulation.  Pretrial Services Officer Hence Williams has been notified and counsel learned through a supervising pretrial officer, Jaime Carranza, that Mr. Williams has

1 no objections to this travel request.  Mr. Kasey does not yet know when his court date in
2 Colorado will be scheduled, but will give his pretrial officer a full travel itinerary once he has
3 that information.
4     It is further stipulated that all other conditions of release shall remain in full force and
5 effect until Mr. Kasey is required to self-surrender to the BOP.

Dated: April 4, 2007                             _____/S/_____
                                                 ANGELA M. HANSEN
                                                 Assistant Federal Public Defender


Dated: April 4, 2007                             _____/S/_____
                                                 SUSAN F. KNIGHT
                                                 Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00039 RMW |
| ) | |
| Plaintiff, ) | |
| ) | **[] ORDER MODIFYING** |
| v. ) | **CONDITIONS OF PRETRIAL** |
| ) | **RELEASE TO ALLOW OUT-OF-** |
| ) | **DISTRICT TRAVEL** |
| JAMES CORNELIUS KASEY, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of Mr. Kasey's pre-trial release are hereby modified to permit Mr. Kasey to travel to Arapahoe County, Colorado. Mr. Kasey shall give his pretrial services officer a full itinerary before he plans to travel.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect until Mr. Kasey self-surrenders to serve his BOP sentence.

Dated: April 5, 2007

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

   Ms. Angela M. Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Ms. Susan F. Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
   Mr. Hence Williams
9  U.S. Pretrial Officer
   1301 Clay Street, Room 100C
10 Oakland, CA 94612

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26